IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **PARUS HOLDINGS INC.,** *Plaintiff,* | § § § § | |
| v. | § § § | W-21-CV-00968-ADA-DTG |
| **APPLE INC.,** *Defendant.* | § § § § | |

## ORDER OF RECUSAL

Having been referred this case for pretrial purposes, the undersigned hereby recuses himself from hearing this case under 28 U.S.C. § 455(b).

SIGNED this 8th day of September, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE